**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 14 2024

TAMMY H. DOWNS, CLERK
By: R. Moore
DEP CLERK

# UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| JERMAINE TERRANCE BROWN | ) | |
| | ) | Case No. 4:20-cr-00098-JM-9 |
| | ) | USM No. 02127-509 |
| | ) | Chris Tarver |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __Mandatory, Standard, Special__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory (1) | Violation of another federal, state, local crime | 02/06/2024 |
| 2 - Mandatory (2) | Unlawfully possessing a controlled substance | 02/06/2024 |
| 3 - Mandatory (3) | Unlawful use of a controlled substance | 05/30/2024 |
| 4 - Standard (2) | Failure to report to the probation officer, as directed | 07/09/2024 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8962

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Altheimer, Arkansas

11/13/2024
Date of Imposition of Judgment

_[signature]_
Signature of Judge

JAMES M. MOODY, JR., U.S. DISTRICT JUDGE
Name and Title of Judge

11/14/24
Date

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
                      Sheet 1A

Judgment—Page  2  of  3

DEFENDANT: JERMAINE TERRANCE BROWN
CASE NUMBER: 4:20-cr-00098-JM-9

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Special (14) | Failure to follow rules and regulations of the location monitor program | 08/06/2024 |
| 6 - Special (17) | Failure to participate in substance abuse treatment, as directed | 07/26/2024 |
| 7 - Special | Fialure to pay special penalty assessment | 11/13/2024 |

DEFENDANT: JERMAINE TERRANCE BROWN
CASE NUMBER: 4:20-cr-00098-JM-9

Judgment — Page  3  of  3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

12 MONTHS with no supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in non-residential substance abuse treatment during incarceration. The Court further recommends designation to FCI Forrest City to allow the defendant to remain near his family.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____ .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL